# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JESSE ANDREW HOPPER, SR.,

                                                                                                        No. 2:20-cv-00056-KG-KRS

        Movant,

v.

UNITED STATES OF AMERICA

        Respondent.

## ORDER DENYING MOTION TO APPOINT COUNSEL
## WITHOUT PREJUDICE

**THIS MATTER** comes before the Court on Jesse Hopper's motion to appoint counsel. (Doc. 2). On February 26, 2020, the Court entered a pro se case management order instructing Hopper not to file motions until such time as the Court undertook the statutory required screening process. (Doc. 5)). Although the Court's order contained exceptions, a motion to appoint counsel is not one of them. Consequently, Hopper's motion is not properly before the Court at this time.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion to appoint counsel (Doc. 2) is **DENIED without prejudice**.

                                                                            _____
                                                                            KEVIN R. SWEAZEA
                                                                            UNITED STATES MAGISTRATE JUDGE